UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| GREAT AMERICAN EMU COMPANY, LLC, *doing business as AEC Consumer Products* | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **JUDGMENT** 5:20-CV-161-FL |
| THE E. J. MCKERNAN CO, *doing business as McKernan Packaging Clearing House,* | ) ) ) | |
| Defendant | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion to dismiss and defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 18, 2022, and for the reasons set forth more specifically therein, plaintiff's motion to dismiss is GRANTED. Plaintiffs' complaint is DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered April 18, 2022 and January 9, 2023 that the court awards defendant taxable costs under 28 U.S.C. § 1920 in the amount of $152.70. Judgment is therefore entered in favor of defendant for costs in the amount of $152.70.

**This Judgment Filed and Entered on January 9, 2023, and Copies To:**
John D. Wooten, IV / Charles A. Burke (via CM/ECF Notice of Electronic Filing)
James K. Borcia / Kirsten Elena Small (via CM/ECF Notice of Electronic Filing)

January 9, 2023                    PETER A. MOORE, JR., CLERK


                                   /s/ Sandra K. Collins
                                   (By) Sandra K. Collins, Deputy Clerk